UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM5998

Order Filed on August 9, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Andrew Airey, III & Colleen Airey,

Debtor(s).

Case No. 11-10953/JNP

Hearing date: August 9, 2016

Judge: Jerrold N. Poslusny, Jr.

**ORDER BARRING GOVERNMENTAL CREDITORS AS TO FURTHER
ADMINISTRATIVE TAX CLAIMS AGAINST TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 9, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor(s):    Andrew Airey, III & Colleen Airey
Case No:     11-10953/JNP

---

Upon consideration of the application by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee for the debtor(s) Estate as captioned, for an Order Barring Governmental Creditors as to Further Administrative Tax Claims against the Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT**

1. The Trustee, and all professionals employed by the Trustee in connection with this case are relieved of all further obligations, either on behalf of the Estate or personally, to file tax returns, pay taxes or otherwise comply with obligations imposed by the Internal Revenue Service, any state taxing authority made a respondent to this motion, or any state or federal law imposing such obligations. This shall not in any way affect or modify the Trustee's obligation to make distribution to such taxing authority of funds in the estate, pursuant to Code sections 724 & 726, upon any claims previously filed and allowed in this case

2. The United States of America, Internal Revenue Service, and the State of New Jersey, or any other taxing authority made a respondent to the motion are barred from making any further claim or demand against the Trustee or the estate, except for distribution upon allowed claims previously field by any of them in this Bankruptcy Case, pursuant to Code sections 724 & 726.

3. This Order does not relieve the Debtor or any party other than the Estate, the Trustee, or professionals retained by the Trustee, from any obligation arising under applicable tax laws.

United States Bankruptcy Court
District of New Jersey

In re:  
Andrew C. Airey, III  
Colleen M. Airey  
    Debtors

Case No. 11-10953-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 09, 2016  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2016.
db/jdb      #+Andrew C. Airey, III,   Colleen M. Airey,   508 E Street,   Millville, NJ 08332-2648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2016 at the address(es) listed below:
           Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
           John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
           Joseph Marchand   on behalf of Trustee Joseph Marchand jdmarchand@comcast.net,
           jmarchand@comcast.net
           Joseph Marchand   jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
           Joshua I. Goldman   on behalf of Creditor   CALIBER HOME LOANS, INC. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           Joshua I. Goldman   on behalf of Creditor   LSF8 Master Participation Trust, by Caliber Home
           Loans, Inc., solely in its capacity as servicer jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           Leonard R. Wizmur   on behalf of Joint Debtor Colleen M. Airey lwizmur@mpadlaw.com,
           lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com
           Leonard R. Wizmur   on behalf of Debtor Andrew C. Airey, III lwizmur@mpadlaw.com,
           lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com
           R. A. Lebron   on behalf of Creditor   HSBC Consumer Lending, as Servicer for Household Finance
           Corporation III bankruptcy@feinsuch.com
                                                                                                               TOTAL: 9