Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 11−10953−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew C. Airey III
508 E Street
Millville, NJ 08332

Colleen M. Airey
508 E Street
Millville, NJ 08332

Social Security No.:
xxx−xx−1252                                    xxx−xx−1958

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       9/22/16
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Joseph Marchand, Trustee's Attorney, period: 2/4/2014 to 8/15/2016,

COMMISSION OR FEES
FEES: $5950.00

EXPENSES
588.83

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 16, 2016
JJW: kvr

James J. Waldron
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 11-10953-JNP
    Andrew C. Airey, III                                        Chapter 7
    Colleen M. Airey
            Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 3                  Date Rcvd: Aug 16, 2016
                              Form ID: 137                 Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
db/jdb        #+Andrew C. Airey, III,    Colleen M. Airey,    508 E Street,    Millville, NJ 08332-2648
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,     PO Box 62180,
                 Colorado Springs, MO 80962)
r             +Fidelity Real Estate Agency,    Fidelity Real Estate,    Timeshare Division,
                 7800 Southland Blvd.,    Suite 100,    Orlando, FL 32809-6968
acc           +Giuliano Miller & Co LLC,    Berlin Business Park,    140 Bradford Ave.,
                 West Berlin, NJ 08091-9216
acc           +Giuliano Miller & Company, LLC,    Berlin Business Park,    140 Bradford Drive,
                 West Berlin, NJ 08091-9216
r             +RC Chris Skeldon,    Fidelity Real Estate,    Timeshare Division,    7800 Southland Boulevard,
                 Suite 100,    Orlando, FL 32809-6968
511568885      American Express,    PO Box 981535,    El Paso, TX 79998-1535
511808894      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
511568886      Aspire,    PO Box 105555,    Atlanta, GA 30348-5555
511568887      Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
511568918     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: TSYS Debt Management,     PO Box 5155,    Norcross, GA 30091)
511568921     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Zales,    PO Box 689182,    Des Moines, IA 50364-0001)
511568889      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
511568890      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
511694819      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
511568891      Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
511568892      Chase Manhattan Mortgage,    PO Box 36520,    Louisville, KY 40233-6520
511568894     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     1 Dell Way,    Round Rock, TX 78682)
511568895      ECast Settlement Corp.,    P.O. Box 35480,    Newark, NJ 07193-5480
511568896     +Ford Motor Credit,    PO Box 311111,    Tampa, FL 33680-3111
511568898     +Global Credit & Collection,    PO Box 101928,    Dept. 2417,    Birmingham, AL 35210-6928
511568899      HFC,    PO Box 5240,    Carol Stream, IL 60197-5240
511568900     +HSBC Auto Finance,    PO Box 17904,    San Diego, CA 92177-7904
511568901     +HSBC Auto Finance,    PO Box 60130,    City of Industry, CA 91716-0130
511568902     +HSBC Bank,    PO BOX 5253,    Carol Stream, IL 60197-5253
511610465     +HSBC Mortgage Services, Inc,    Post Office Box 21188,    Eagan, Minnesota 55121-0188
511568903     +HSBC Mortgage Services, Inc.,    636 Grand Regency Blvd,    Brandon, FL 33510-3942
511568908     +Kim Martin,    904 E Street,    Millville, NJ 08332-2655
511568910      Marmelstein,    756 South 4th Street,    Philadelphia, PA 19147-3121
514298314      Platt & Sons Properties,    602 N. 4th Street,    Millville, NJ 08332
511568915     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
512203231      Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
511568917     +The Home Depot/CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
511568920      US Airways World Mastercard,    Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
511807106      eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2016 22:47:06     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2016 22:47:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514511265      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2016 22:57:35
                 American InfoSource LP as agent for,    RJM Acquisitions, LLC,    as assignee of SCHOLASTIC,
                 PO Box 268850,    Oklahoma City, OK  73126-8850
511910686     +E-mail/Text: bncmail@w-legal.com Aug 16 2016 22:47:10     CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
511568888     +E-mail/Text: bncmail@w-legal.com Aug 16 2016 22:47:10     Candica LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
511568893     +E-mail/Text: creditonebknotifications@resurgent.com Aug 16 2016 22:46:28      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
511596911      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2016 22:50:56
                 Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                 Greenville, SC 29603-0390
511710771      E-mail/Text: cio.bncmail@irs.gov Aug 16 2016 22:46:39
                 Department of Treasury - Internal Revenue Service,     PO Box 7346,
                 Philadelphia, PA 19101-7346
511568906     +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2016 22:50:46     JC Penney,
                 Attn: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
511568907      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 16 2016 22:47:14     Jefferson Capital Systems LLC,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
```

```
District/off: 0312-1          User: admin               Page 2 of 3             Date Rcvd: Aug 16, 2016
                              Form ID: 137              Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
511873241        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2016 22:50:55
                  LVNV Funding LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
511568909       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2016 22:50:56       LVNV Funding, LLC,
                  PO Box 10497,   Greenville, SC 29603-0497
511568911        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2016 22:51:25
                  Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA 23541
511784503        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2016 23:08:24
                  Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,    Norfolk, VA 23541
511784505        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2016 23:08:28
                  Portfolio Recovery Associates, LLC,    c/o Zales,    POB 41067,    Norfolk, VA 23541
511568912        E-mail/Text: bankruptcy@proconsrv.com Aug 16 2016 22:47:01       PRO Consulting Services Inc.,
                  Collections Division,    PO Box 66768,    Houston, TX 77266-6768
511568914        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2016 22:50:56
                  Resurgent Capital Services,    PO Box 10390,    Greenville, SC 29603-0390
511568913        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2016 22:51:30
                  Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
511568919       +E-mail/Text: bnc@alltran.com Aug 16 2016 22:46:26       United Recovery Systems,
                  5800 North Course Drive,    Houston, TX 77072-1613
513633895       +E-mail/Text: bncmail@w-legal.com Aug 16 2016 22:47:22       Vanda, LLC,
                  c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                                TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
511647173*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court:  Ford Motor Credit Company LLC,     Dept 55953,    P O Box 55000,
                  Detroit  MI  48255-0953)
511568897*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court:  Ford Motor Credit Company LLC,     Dept. 55953,    PO Box 55000,
                  Detroit, MI 48255-0953)
511568905*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court:  IRS-Insolvency Central,     PO Box 21126,
                  Philadelphia, PA 19114-0326)
511568904*       Internal Revenue Service,    Special Procedures Function,    PO Box 744,
                  Springfield, NJ 07081-0744
511568916      ##+The Bureaus, Inc.,    1717 Central Street,    Evanston, IL 60201-1507
                                                                                        TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-1          User: admin              Page 3 of 3                  Date Rcvd: Aug 16, 2016
                              Form ID: 137             Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:

          Isabel C. Balboa (NA)     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
          John R. Morton, Jr.      on behalf of Creditor    Ford Motor Credit Company, LLC
          mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joseph   Marchand     on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
          jmarchand@comcast.net
          Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joshua I. Goldman     on behalf of Creditor    CALIBER HOME LOANS, INC. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Joshua I. Goldman     on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
          Loans, Inc., solely in its capacity as servicer jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Leonard R. Wizmur     on behalf of Debtor Andrew C. Airey, III lwizmur@mpadlaw.com,
          lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.c
          om
          Leonard R. Wizmur     on behalf of Joint Debtor Colleen M. Airey lwizmur@mpadlaw.com,
          lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.c
          om
          R. A. Lebron    on behalf of Creditor    HSBC Consumer Lending, as Servicer for Household Finance
          Corporation III bankruptcy@feinsuch.com

                                                                                                                    TOTAL: 9