Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 11−10953−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew C. Airey III
508 E Street
Millville, NJ 08332

Colleen M. Airey
508 E Street
Millville, NJ 08332

Social Security No.:
xxx−xx−1252

xxx−xx−1958

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 25, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 156 − 153
Order Granting First and Final Application For Compensation for Giuliano Miller & Company, LLC, Accountants to the Trustee, fees awarded: $841.00, expenses awarded: $13.00 (Related Doc # 153). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/25/2016. (cmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 25, 2016
JJW: cmf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 11-10953-JNP
Andrew C. Airey, III                                                    Chapter 7
Colleen M. Airey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 25, 2016
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2016.
acc            +Giuliano Miller & Company, LLC,    Berlin Business Park,    140 Bradford Drive,
                 West Berlin, NJ 08091-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2016 at the address(es) listed below:
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joshua I. Goldman    on behalf of Creditor    CALIBER HOME LOANS, INC. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard R. Wizmur    on behalf of Joint Debtor Colleen M. Airey lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.c
               om
              Leonard R. Wizmur    on behalf of Debtor Andrew C. Airey, III lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.c
               om
              R. A. Lebron    on behalf of Creditor    HSBC Consumer Lending, as Servicer for Household Finance
               Corporation III bankruptcy@feinsuch.com
                                                                                               TOTAL: 9