UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Donna M. Miller, CPA/CFF, CIRA, CDBV
**GIULIANO MILLER & COMPANY, LLC**
Berlin Business Park
140 Bradford Drive
West Berlin, New Jersey 08091
(856) 767-3000
Accountants for Trustee, Joseph D. Marchand

In re:

   Andrew Airey, III. and
   Colleen Airey,

       Debtors.

Case No.: 11-10953/JNP

Chapter 7

Judge: Jerrold N. Poslusny, Jr.

Order Filed on August 25, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

## ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS TO TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 25, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtors: Andrew Airey, III. and Colleen Airey

Case No: 11-10953/JNP

Caption of Order: **ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC, ACCOUNTANTS TO TRUSTEE**

This matter having been opened to the Court by Giuliano, Miller & Company, LLC, Accountants to the Trustee ("Trustee"), upon application by the terms of which said attorneys sought an Order of this Court awarding first and final compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties, and upon cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company, LLC, accountants to the Trustee herein, be and is hereby allowed first and final compensation for services rendered in the sum of $841.00 together with reimbursement of expenses in sum of $13.00, for a total allowance herein of $854.00.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 11-10953-JNP
Andrew C. Airey, III                                                            Chapter 7
Colleen M. Airey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Aug 25, 2016
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2016.
db/jdb         #+Andrew C. Airey, III,   Colleen M. Airey,   508 E Street,   Millville, NJ 08332-2648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2016 at the address(es) listed below:
              Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joseph  Marchand   on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph  Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joshua I. Goldman   on behalf of Creditor    CALIBER HOME LOANS, INC. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman   on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard R. Wizmur    on behalf of Joint Debtor Colleen M. Airey lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.c
               om
              Leonard R. Wizmur    on behalf of Debtor Andrew C. Airey, III lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.c
               om
              R. A. Lebron   on behalf of Creditor   HSBC Consumer Lending, as Servicer for Household Finance
               Corporation III bankruptcy@feinsuch.com
                                                                                               TOTAL: 9