UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ  08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

Order Filed on September 22, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

| | | |
|---|---|---|
| In Re: | : | Case No. 11-10953/JNP |
| Andrew Airey, III & Colleen Airey, | : | Final Hearing: |
| Debtor(s) | : | Judge:  Jerrold N. Poslusny Jr. |

### ORDER FOR PAYMENT OF COMPENSATION AND EXPENSES TO ATTORNEY FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 22, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):   Andrew Airey, III & Colleen Airey
Case No:    11-10953/JNP

Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for payment of Compensation and Expenses to the Attorney for Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, as *ATTORNEY for CHAPTER 7 TRUSTEE*, is hereby awarded Compensation in the amount of $5,950.00; and shall be allotted Expenses in the amount of $588.83; for a total award of $6,538.83