UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 22, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ  08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

| | | |
|---|---|---|
| In Re: | : | Case No. 11-10953/JNP |
| Andrew Airey, III & Colleen Airey, | : | Final Hearing: |
| Debtor(s) | : | Judge:  Jerrold N. Poslusny Jr. |

**ORDER FOR PAYMENT OF COMPENSATION AND EXPENSES
TO ATTORNEY FOR CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 22, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):   Andrew Airey, III & Colleen Airey
Case No:    11-10953/JNP

Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for payment of Compensation and Expenses to the Attorney for Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, as *ATTORNEY for CHAPTER 7 TRUSTEE*, is hereby awarded Compensation in the amount of $5,950.00; and shall be allotted Expenses in the amount of $588.83; for a total award of $6,538.83

United States Bankruptcy Court
District of New Jersey

In re:  
Andrew C. Airey, III  
Colleen M. Airey  
    Debtors

Case No. 11-10953-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 22, 2016  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2016.  
db/jdb      #+Andrew C. Airey, III,   Colleen M. Airey,   508 E Street,   Millville, NJ 08332-2648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:

          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  
          John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC  
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
          Joseph Marchand   on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,  
           jmarchand@comcast.net  
          Joseph  Marchand   jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
          Joshua I. Goldman   on behalf of Creditor   CALIBER HOME LOANS, INC. jgoldman@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Joshua I. Goldman   on behalf of Creditor   LSF8 Master Participation Trust, by Caliber Home  
           Loans, Inc., solely in its capacity as servicer jgoldman@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Leonard R. Wizmur   on behalf of Joint Debtor Colleen M. Airey lwizmur@mpadlaw.com,  
           lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com  
          Leonard R. Wizmur   on behalf of Debtor Andrew C. Airey, III lwizmur@mpadlaw.com,  
           lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com  
          R. A. Lebron   on behalf of Creditor   HSBC Consumer Lending, as Servicer for Household Finance  
           Corporation III bankruptcy@feinsuch.com  
                                                                                                                                      TOTAL: 9