Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  11–10953–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Andrew C. Airey III | Colleen M. Airey |
| 508 E Street | 508 E Street |
| Millville, NJ 08332 | Millville, NJ 08332 |

Social Security No.:
  xxx–xx–1252                                                xxx–xx–1958

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Jerrold N. Poslusny Jr. on:

DATE:             November 17, 2016
TIME:             02:00 PM
LOCATION:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:              $20,640.00
TOTAL DISBURSEMENTS:   $10,587.66
BALANCE ON HAND:          $10,052.34

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Trustee, Joseph D. Marchand.

COMMISSION OR FEES
Fees: $2308.76

EXPENSES
$65.00

The trustee's application to abandon the following property will be heard and acted upon:
All Books and Records

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: October 7, 2016
JJW: kvr

                                                        James J. Waldron
                                                        Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                    Case No. 11-10953-JNP
   Andrew C. Airey, III                                   Chapter 7
   Colleen M. Airey
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 3                   Date Rcvd: Oct 07, 2016
                              Form ID: 192              Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2016.
db/jdb         #+Andrew C. Airey, III,    Colleen M. Airey,    508 E Street,    Millville, NJ 08332-2648
cr             ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company, LLC,    PO Box 62180,
                 Colorado Springs, MO  80962)
r              #+Fidelity Real Estate Agency,    Fidelity Real Estate,    Timeshare Division,
                 7800 Southland Blvd.,    Suite 100,    Orlando, FL 32809-6968
acc             +Giuliano Miller & Co LLC,    Berlin Business Park,    140 Bradford Ave.,
                 West Berlin, NJ 08091-9216
acc             +Giuliano Miller & Company, LLC,    Berlin Business Park,    140 Bradford Drive,
                 West Berlin, NJ 08091-9216
r              #+RC Chris Skeldon,    Fidelity Real Estate,    Timeshare Division,    7800 Southland Boulevard,
                 Suite 100,    Orlando, FL 32809-6968
511568885       American Express,    PO Box 981535,    El Paso, TX 79998-1535
511808894       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
511568886       Aspire,    PO Box 105555,    Atlanta, GA 30348-5555
511568887       Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
511568918      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091)
511568921      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Zales,    PO Box 689182,    Des Moines, IA 50364-0001)
511568889       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
511568890       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
511694819       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
511568891       Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
511568892       Chase Manhattan Mortgage,    PO Box 36520,    Louisville, KY 40233-6520
511568894      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    1 Dell Way,    Round Rock, TX 78682)
511568895       ECast Settlement Corp.,    P.O. Box 35480,    Newark, NJ 07193-5480
511568896      +Ford Motor Credit,    PO Box 311111,    Tampa, FL 33680-3111
511568898      +Global Credit & Collection,    PO Box 101928,    Dept. 2417,    Birmingham, AL 35210-6928
511568899       HFC,    PO Box 5240,    Carol Stream, IL 60197-5240
511568900      +HSBC Auto Finance,    PO Box 17904,    San Diego, CA 92177-7904
511568901      +HSBC Auto Finance,    PO Box 60130,    City of Industry, CA 91716-0130
511568902      +HSBC Bank,    PO BOX 5253,    Carol Stream, IL 60197-5253
511610465      +HSBC Mortgage Services, Inc,    Post Office Box 21188,    Eagan, Minnesota 55121-0188
511568903      +HSBC Mortgage Services, Inc.,    636 Grand Regency Blvd,    Brandon, FL 33510-3942
511568908      +Kim Martin,    904 E Street,    Millville, NJ 08332-2655
511568910       Marmelstein,    756 South 4th Street,    Philadelphia, PA 19147-3121
514298314       Platt & Sons Properties,    602 N. 4th Street,    Millville, NJ 08332
511568915      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
512203231       Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
511568917      +The Home Depot/CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
511568920       US Airways World Mastercard,    Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
511807106       eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 07 2016 23:14:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 07 2016 23:14:08     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514511265       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 07 2016 23:16:45
                 American InfoSource LP as agent for,    RJM Acquisitions, LLC,    as assignee of SCHOLASTIC,
                 PO Box 268850,    Oklahoma City, OK  73126-8850
511910686      +E-mail/Text: bncmail@w-legal.com Oct 07 2016 23:14:22     CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
511568888      +E-mail/Text: bncmail@w-legal.com Oct 07 2016 23:14:22     Candica LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
511568893      +E-mail/Text: creditonebknotifications@resurgent.com Oct 07 2016 23:13:25     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
511596911       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 07 2016 23:09:49
                 Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                 Greenville, SC 29603-0390
511710771       E-mail/Text: cio.bncmail@irs.gov Oct 07 2016 23:13:43
                 Department of Treasury - Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
511568906      +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2016 23:10:39     JC Penney,
                 Attn: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
511568907       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 07 2016 23:14:29     Jefferson Capital Systems LLC,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
```

```
District/off: 0312-1          User: admin              Page 2 of 3                    Date Rcvd: Oct 07, 2016
                              Form ID: 192             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
511873241         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 07 2016 23:09:50
                   LVNV Funding LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                   Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
511568909        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 07 2016 23:09:50      LVNV Funding, LLC,
                   PO Box 10497,    Greenville, SC 29603-0497
511568911         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 07 2016 23:22:44
                   Portfolio Recovery Associates LLC,     P.O. Box 41067,    Norfolk, VA 23541
511784503         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 07 2016 23:22:28
                   Portfolio Recovery Associates, LLC,     c/o Jc Penney,   POB 41067,    Norfolk, VA 23541
511784505         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 07 2016 23:22:43
                   Portfolio Recovery Associates, LLC,     c/o Zales,   POB 41067,    Norfolk, VA 23541
511568912         E-mail/Text: bankruptcy@proconsrv.com Oct 07 2016 23:14:03       PRO Consulting Services Inc.,
                   Collections Division,    PO Box 66768,    Houston, TX 77266-6768
511568914         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 07 2016 23:09:50
                   Resurgent Capital Services,     PO Box 10390,    Greenville, SC 29603-0390
511568913         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 07 2016 23:09:51
                   Resurgent Capital Services,     P.O. Box 10587,    Greenville, SC 29603-0587
511568919        +E-mail/Text: bnc@alltran.com Oct 07 2016 23:13:23       United Recovery Systems,
                   5800 North Course Drive,    Houston, TX 77072-1613
513633895        +E-mail/Text: bncmail@w-legal.com Oct 07 2016 23:14:39       Vanda, LLC,
                   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,     Seattle, WA 98121-3132
                                                                                                TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
511647173*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court:   Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
                   Detroit  MI  48255-0953)
511568897*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court:   Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                   Detroit, MI 48255-0953)
511568905*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   IRS-Insolvency Central,    PO Box 21126,
                   Philadelphia, PA 19114-0326)
511568904*        Internal Revenue Service,    Special Procedures Function,    PO Box 744,
                   Springfield, NJ 07081-0744
511568916        ##+The Bureaus, Inc.,    1717 Central Street,    Evanston, IL 60201-1507
                                                                                  TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 3 of 3                  Date Rcvd: Oct 07, 2016
                              Form ID: 192             Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2016 at the address(es) listed below:

         Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
         mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
         Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
         jmarchand@comcast.net
         Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         Joshua I. Goldman    on behalf of Creditor    CALIBER HOME LOANS, INC. jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
         Loans, Inc., solely in its capacity as servicer jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         Leonard R. Wizmur    on behalf of Debtor Andrew C. Airey, III lwizmur@mpadlaw.com,
         lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.c
         om
         Leonard R. Wizmur    on behalf of Joint Debtor Colleen M. Airey lwizmur@mpadlaw.com,
         lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.c
         om
         R. A. Lebron    on behalf of Creditor    HSBC Consumer Lending, as Servicer for Household Finance
         Corporation III bankruptcy@feinsuch.com

                                                                                                        TOTAL: 9