UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on November 17, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Andrew C. Airey, III, Colleen M. Airey

Case No.: 11-10953

Hearing Date: 11/17/2016

Judge: JNP

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 17, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Exhibit F

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re: :
Andrew Airey, III & Colleen Airey, :
 :
Debtor(s) : Case No. 121/11-10953/JNP

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __17th__, day of __November__, *2016*, upon consideration of the foregoing Application for Compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,308.76 is reasonable Compensation for the services rendered in this case by *JOSEPH D. MARCHAND, ESQUIRE,* Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $65.00 is reasonable for actual and necessary Expenses advanced by the Trustee; and that such sums are awarded to the Trustee.

_____    _____