UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on November 17, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Andrew C. Airey, III, Colleen M. Airey

| | |
|---|---|
| Case No.: | 11-10953 |
| Hearing Date: | 11/17/2016 |
| Judge: | JNP |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: **November 17, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 11-10953-JNP    Doc 167-3    Filed 11/20/16    Entered 11/20/16 07:34:55    Desc
Imaged Certificate of Notice    Page 2 of 3

Exhibit F

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:                                            :
Andrew Airey, III & Colleen Airey,                :
                                                  :
Debtor(s)                                         :    Case No.  121/11-10953/JNP

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __17th__, day of __November__, *2016*, upon consideration of the foregoing Application for Compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,308.76 is reasonable Compensation for the services rendered in this case by *JOSEPH D. MARCHAND, ESQUIRE*, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $65.00 is reasonable for actual and necessary Expenses advanced by the Trustee; and that such sums are awarded to the Trustee.

_____    _____

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                         Case No. 11-10953-JNP
Andrew C. Airey, III                                           Chapter 7
Colleen M. Airey
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Nov 17, 2016
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2016.
db/jdb         #+Andrew C. Airey, III,   Colleen M. Airey,   508 E Street,   Millville, NJ 08332-2648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
              Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              John R. Morton, Jr.   on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joshua I. Goldman    on behalf of Creditor    CALIBER HOME LOANS, INC. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
               Loans, Inc., solely in its capacity as servicer jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard R. Wizmur    on behalf of Joint Debtor Colleen M. Airey lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;djamison@mpadlaw.com
              Leonard R. Wizmur    on behalf of Debtor Andrew C. Airey, III lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;djamison@mpadlaw.com
              R. A. Lebron    on behalf of Creditor    HSBC Consumer Lending, as Servicer for Household Finance
               Corporation III bankruptcy@feinsuch.com
                                                                                               TOTAL: 9